# CIVIL RIGHTS COMPLAINT PURSUANT TO 42 U.S.C. § 1983

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ~~~~~~~ FLORIDA

MICHAEL B. BROADNAX
(Enter above the full name and prisoner identification number of the plaintiff, ~~~~~~~~~~~~~~~~~~~~~~~~~) #14-0511

-vs-

① RONNIE C. TYNDAL - Classification Counselor (C/C)  ② CHIEF SLUSSER - Head Administrator BCSO/JF
(Enter above the full name of the defendant(s).)

_Supplementail Complaint_
Case No.   5:14 cv 95/ws/CJK
"_Impediment/Access to Court Claim_"
Judge   CHARLES J. KAHN JR.

## I. Previous Lawsuits

A. Have you filed other lawsuits in federal court while incarcerated in any institution?

Yes ( )    No (✓)

B. If your answer to A is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

  1. Parties to this previous lawsuit:

     Plaintiff(s): _____

     Defendant(s): _____

  2. Court (name the district): _____

  3. Docket Number: _____

Rev. 12/5/07

## I. Previous Lawsuits (Cont'd)

4. Name of judge to whom case was assigned: _____

5. Did the previous case involve the same facts?

    Yes ( )    No (✓)

6. Disposition (Was the case dismissed? Was it appealed? Is it still pending?): _____

7. Approximate date of filing lawsuit: _____

8. Approximate date of disposition: _____

## II. Exhaustion of Administrative Remedies

Pursuant to 28 U.S.C. § 1997e(a), no prisoner civil rights action shall be brought in federal court until all available administrative remedies are exhausted. Exhaustion of administrative remedies is a precondition to suit, and the prisoner plaintiff must establish that he has exhausted the entire institutional grievance procedure in order to state a claim for relief.

A. Place of Present Confinement: **BAY COUNTY SHERIFF(S) OFFICE/JAIL FACILITY (BCSO/JF), "BAY COUNTY JAIL"**

B. Is there a prisoner grievance procedure in this institution?

    Yes ( )    No ( )
    **NOT ONE OF DIPLOMACY!**

C. Did you present the facts relating to your complaint under the institution's grievance procedure? When submitting 1st stage Grievance(s) BCSO/JF REQUEST FORM/C/c TYNDAL. You May get a Answer, but no Griev. I wrote went as far as A INFORMAL STAGE (NEXT).

    Yes (✓)    No ( )

D. If your answer is YES: LEGAL MAIL: SOUTHERN CENTER FOR HUMAN RIGHTS
    1. What steps did you take and what were the results? ATLANTA, GA. DIDN'T MAIL OUT.

OPENING MAIL
LEGAL
Holding
15 days.

① Feb. 14, 2014 DENIED 42 §1983 CIVIL FORMS / INFORMAL STAGE 3-20-14 NO RESPONCE
② Feb. 28, 2014 1st Stage Griev. Put in C/c Tyndal hands. NO RESPONCE. Put in Griev. BX. March again on 12th still NO RESPONCE ③ ALSO 3-12-14 OPENING OUT GOING PRIVILEGE MAIL (Amanda Banks Staff writer PC news herald) ④ On or about March 16, Griev. Denied to call newly Appointed Attny, as per judges order contact to set up consultation. C/c TYNDAL Responce: "NOT GRIEVABLE" ⑤ March 26, 2014 Griev. on C/c TYNDAL Put in Griev BX.

    2. If your answer is NO, explain why not: _____

↪ Never got Responce ⑥ April 11, 2014 Griev. Unnecessary Use o Excessive Force (OFF. CHARLES R. KELLY) Resulting in Injuries, CHIEF RIGSBY — NO RESPONCE ⑦ Griev. (Med.) May 5, 2014 DENIED ADQUATE MED TREATMNT. OUTSIDE SPECIALIST (ORTHOPEDIC), STILL WAITING ON RESPONCE, AS STATED / NO DIPLOMATIC MECHANISM BCSO/JF!! ⑧ Even my IFP Affdvt. 6-13-14 DENIED TO BEING FILLED OUT. ≠ SEE: CASE FILE / Also Sent to Wrong Ct. 4-29-14

Rev. 12/5/07

### III. Parties

(In item A below, place your name in the first blank and place your present address in the second blank.)

A. Name of Plaintiff: _MICHAEL B. BROADNAX (PRETRAIL-POST ARRIGNMENT DETAINEE>ARRESTED JAN 18, 2014 →)._

Address(es): _PRESENTLY: BCSO/JF 5700 STAR LANE PANAMA CITY FLORIDA 32404-2050 A-2/#2Low_

(In item B below, place the full name of the defendant in the first blank, his/her official position in the second blank, and his/her place of employment in the third blank. Do the same for each additional defendant, if any.)

B. Defendant(s): _① RONNIE C. TYNDAL→ (Responsiabilities/Reqst Forms ② CHIEF SLUSSER Grievances 1st stage.)_

Employed as _① Classification Counselor (DORM(S) A-1,2,3,4) ② Head Administrator at the BAY COUNTY SHERIFF(S) OFFICE JAIL FACILITY (BCSO/JF)._
at _5700 STAR LANE PANAMA CITY FLORIDA 32404-2050 (BOTH)._

### IV. Statement of Claim

State here as briefly as possible the facts of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates, and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

_PLAINTIFF comes in this Supplemential Complaint of VIOLATION(S) of his FIRST, and DUE-PROCESS CLAUSE(S) OF HIS FOURTEENTH CONSTITUTIONAL RIGHT(S). As BCSO/JF Administrators(s), Acting Under Color of State Law, Plaintiff indeed has submitted undisputed material(s) - (document(s) & letter(s)), of Impediment of Access to the Court, which causing his potential meritorious claim to fail._
_A.) Plaintiff on or about regsted 42§1983 CIVIL FORMS (FEB. 8, 2014) DENIED!_
_B.) Plaintiff wrote Grievance on or about Feb. 11, 2014 (TO NO AVAIAL)_
_C.) Plaintiff wrote Letter to the SOUTHERN CENTER FOR HUMAN RIGHTS (SCFHR) Atl. Ga. on or about Feb. 11, 2014 also._

Rev. 12/5/07

## IV. Statement of Claim (Cont'd)

D.) Plaintiff's letter was not mailed, STOP/CONFISCATED, held for fifteen days returned Feb. 26, 2014 OPENED as he was writting for Said CIVIL FORMS.

E.) Grievance wrote Feb. 29 2014 (NO RESPONCE)

F.) Plaintiff back on April 17, 2014 wrote letter to Dep. Clk. Goodmam (U.S.D.C./NDF Panama City, Div.) of his anticipation of IMPEDIMENTING. *SEE: CASE FILE

G.) Plaintiff submitted his first Panama City Div. Informa Pauperis Affdvt. on April 25 2014 BCSO/JF Administrator. Writting reqst. for it back. "NEVER REC."

H.) Plaintiff(s) IFP ended up being mailed to BAY COUNTY CLERK OF COURT. *SEE C/F

I.) Plaintiff submitted another IFP Affdvt. to the BCSO/JF Administration (4c TYNDAL) on June 12, 2014, as on June 13, 2014 "DENIED TO FILLING OUT. ALSO SEE C/F.

J.) Plaintiff now comes with ATTCH. Reqst. Form; DENIED TO MAKE COPIES, as he is TOLD to see his BACK UP COUNSEL (Criminal Case - 188cf/1189cf 14 Judicial Circuit > Judge CLARK). *SEE: EXHIBIT (A) attched.

PLAINTIFF now comes with this his SUPPLEMENTIAL COMPLAINT in defending his RIGHT TO BE FREE FROM INTERFERENCE WITH COURT ACCESS, as he comes as an incarcerated/Pretrial Detainee with his Amended Complaint involving violations of his Constitutional Rights, as he states the above erecting barriers, to Impediment, to ACCESS TO THE COURT(s).

PLAINTIFF further comes on states, that his right to ACCESS is still being violated. (On June 23, 2014 he received another IFP Affdvt., DepCLK, M. BROUSSARD) U.S.D.C.(N.D.F. Pensacola). Plaintiff submitted striaght to Administrator/Inmate(s) Accounts(s) June 29, 2014 as of yet NO REPLY. "THIS IS PLAINTIFF'(S) THRID (3rd) submitted IFP Affdvt., requesting to be filled out."

PLAINTIFF STATES/FOR THE RECORD: HE IS PRO-SE (his Criminal & his Civil Case(s).

## V. Relief

State briefly exactly what you want the Court to do for you. Make no legal arguments. Cite no cases or statutes.

PLAINTIFF comes in this his supplemential complaint as stating the above violation(s), and both defendant(s) indeed Under Color of State Law, under their supervisoary entitled position(s), both participated in Plaintiff'(s) constitutional violation and by Administrative SELF IMPLEMENTATION of POLICIES, should be LIABLE. PLAINTIFF COMES FOR THE STATED RELIEF:

1.) ISSUE a declaratory judgement stating: (A) Plaintiff'(s) right(s) to ACCESS and to filing CIVIL ACTION was violated under the FIRST and DUE-PROCESS CLAUSE (S) OF THE FOURTEENTH UNITED STATES, CONSTITUTIONAL AMENDMENT RIGHT(S). (B) BOTH defendant(s) should liable as both acting Under Color of STATE LAW, as they indeed continue to Violate Plaintiff'(s) Constitutional Rights.

2.) ISSUE an injunction ordering: (A) FOR the immediate ACCESS

V.   **Relief (Cont'd)**   HE/SHE

UPON an INMATE/PRETRIAL DETAINEE(S) REQUEST, to be afforded said 42§1983 CIVIL FORMS THROUGH The BCSO/JF LAW-LIBRARY. (B) FOR A PRISONERS' SELF-HELP LITIGATION MANUAL ALSO TO BE AVILABLE WHEN VISITING/RESEARCHING At the BCSO/JF LAW-LIBRARY (C) FOR HE/SHE INMATE/PRETRIAL DETAINEE to be afforded more than twenty 20 > thirty 30 mins. of LAW LIBRARY TIME. ESPECIALLY IF ACTING PRO-SE. ALSO to be afforded more than once a week if PRO-SE. (D) FOR PLAINTIFF(S) LEGAL necessities to be Carryed out without delay in regards to CIVIL or CRIMINAL LEGAL MATTER(S), and not to be charged for Any amount of Legal Copies Made for Indigent Inmates/Detainees (HE/SHE).

3) FOR This Honorable Trialbunal to impose a SANCTION/FINE: (A) $20,000 Jointly and severally, against both def.(s). TYNDAL & CHIEF SLUSSER (B) FOR the def.(s), to pay all of Plaintiff(s) Court Cost in regards to his Civil Action(s). Even his Unnecessary Use of Excessive Force/ resulting in Injuries(s) 4-1-14, anticipated Claim to be filed.

Signed this  3rd  day of  JULY  (7-3-14)  , 20 14.

*Signature of Plaintiff*

**STATE OF**  FLORIDA
**COUNTY (CITY) OF**  PANAMA

I declare under penalty of perjury that the foregoing is true and correct.

**EXECUTED ON**  JULY 3rd 2014
(Date)

*Signature of Plaintiff*

MICHAEL B. BROADNAX
BKING. NO. 14-0511/A-2>2Low
BCSO/JF - 5700 STAR LANE
PANAMA CITY FL. 32404-2050

# Inmate Balance History Report - Simple

Created: 4/21/2014 4:27:19PM

| Number: | 1403129 | Secondary: | Location: | C-DORM POD3 NONE 11U |

Name:  BROADNAX, MICHAEL BERNARD

| Transaction | Date | Total Amount | Running Balance | Running Owed | Running Other |
|---|---|---|---|---|---|
| INTAKE CREDIT | 01/20/2014 12:27:34PM | $11.08 | $11.08 | $0.00 | $0.00 |
| INTAKE CREDIT | 01/20/2014 12:27:42PM | $50.00 | $61.08 | $0.00 | $0.00 |
| MEDICAL CHARGE | 01/21/2014 03:16:03PM | ($8.00) | $53.08 | $0.00 | $0.00 |
| CART ORDER DEBIT | 01/22/2014 12:45:56PM | ($9.61) | $43.47 | $0.00 | $0.00 |
| ORDER DEBIT | 01/24/2014 09:15:07AM | ($25.27) | $18.20 | $0.00 | $0.00 |
| CART ORDER DEBIT | 01/30/2014 11:43:50AM | ($7.91) | $10.29 | $0.00 | $0.00 |
| ORDER DEBIT | 01/31/2014 08:51:25AM | ($9.27) | $1.02 | $0.00 | $0.00 |
| COPIES | 02/06/2014 03:49:36PM | ($1.50) | $0.00 | ($0.48) | $0.00 |
| **Ending Totals:** | | **$0.00** | | **($0.48)** | **$0.00** |

This report may contain privileged and/or confidential information that is intended solely for the use of the Correctional Facility. The report may contain nonpublic personal information about inmates subject to the restrictions of privacy laws. You may not directly or indirectly reuse or disclose such information for any purpose other than to provide the services for which you are receiving the information.

Page 1 of 1

# Inmate Balance History Report - Simple

Created: 3/27/2014 12:29:47PM

| Number: | 1403129 | Secondary: | Location: A-DORM POD1 NONE 16L |

Name: BROADNAX, MICHAEL BERNARD

| Transaction | Date | Total Amount | Running Balance | Running Owed | Running Other |
|---|---|---|---|---|---|
| INTAKE CREDIT | 01/20/2014 12:27:34PM | $11.08 | $11.08 | $0.00 | $0.00 |
| INTAKE CREDIT | 01/20/2014 12:27:42PM | $50.00 | $61.08 | $0.00 | $0.00 |
| MEDICAL CHARGE | 01/21/2014 03:16:03PM | ($8.00) | $53.08 | $0.00 | $0.00 |
| CART ORDER DEBIT | 01/22/2014 12:45:56PM | ($9.61) | $43.47 | $0.00 | $0.00 |
| ORDER DEBIT | 01/24/2014 09:15:07AM | ($25.27) | $18.20 | $0.00 | $0.00 |
| CART ORDER DEBIT | 01/30/2014 11:43:50AM | ($7.91) | $10.29 | $0.00 | $0.00 |
| ORDER DEBIT | 01/31/2014 08:51:25AM | ($9.27) | $1.02 | $0.00 | $0.00 |
| COPIES | 02/06/2014 03:49:36PM | ($1.50) | $0.00 | ($0.48) | $0.00 |
| | **Ending Totals:** | **$0.00** | **($0.48)** | **$0.00** | |

This report may contain privileged and/or confidential information that is intended solely for the use of the Correctional Facility. The report may contain nonpublic personal information about inmates subject to the restrictions of privacy laws. You may not directly or indirectly reuse or disclose such information for any purpose other than to provide the services for which you are receiving the information.    Page 1 of 1

# BAY COUNTY SHERIFF'S OFFICE
# JAIL FACILITY

## INMATE REQUEST FORM

TO: C/C TYNDAL R.C.

DATE: 6-24-14 / 20:10

FROM (INMATE NAME): MICHAEL B. BROADNAX

BOOKING #: 14-0511     HOUSING LOCATION: A-2 / #2 Low

REQUEST: ① Copies of Case File (Two). = 32 pages — 12 more than Allowed per I/m H.Book
② LAW-LIBRARY TIME - see below
③ ALSO Afforded SEVEN (7) SHEETS OF TYPING PAPER
④ MOTION(S): 8, 21, 32, 34

NOT RULED ON YET. {
8 = Motion for Adversary Prelim Hearing
21 = " to Discharge Exp. of Speedy Trial — Denied by Ct
32 = Notice of Exp. of Speedy Trial — Denied by Ct
34 = Notice of Taking Depositions - Denied by Ct
}

Do Not Write Below This Line!! ALL REQUEST WILL BE HANDLED BY:

1) WRITTEN INFORMATION       OR       2) PERSONAL INTERVIEW

RESPONSE: #1 — After Speak with My Chief he instructed me to have you get with Attorney Albritton for Copies AND motions!

Did NOT GET → #2  7/3/14 @ Approx 3:15 PM
#3 — DONE  7-28-14

#4 — SEE #(1) Above!

OFFICIAL SIGNATURE: _____    TITLE: C/C

Property of BAY COUNTY SHERIFF'S OFFICE DETENTION FACILITY

U.S. DISTRICT COURT
ATT. SYLVIA D. WILLIAMS (D/C)
NORTHERN DISTRICT OF FLORIDA
ONE NORTH PALAFOX STREET
PENSACOLA, FL. 32502

JULY 3, 014
THUR / 05:00

Dear Dep. Clk. Williams:

PLEASE be attentive to the Enclosed (My Impediment / Access to Court Claim), as My supplemential complaint, pursuant to Case NO. 5:14cv95/ws/CJK, as presiding Judge: The Honorable CHARLES J. KAHN JR.

THIS complaint/supplemential is respectfully submitted do to the continued "frustrated & impededment", of the BCSO/JF abridgement of My Access to the Court. As on June 24, 2014, classification Ronnie C. Tyndal and Supervisor/Chief denying to making copies of my Action/Complaint in my efforts to submit to filing with the Court.

Please find enclosed a Inmate Balance History Report as it is old, but as the Court has been abreast, I indeed have been DENIED (BCSO/JF Administration) to the filling out of my IFP Affdvt.. As on 6-29-14 I signed and submitted another IFP, as it was sent 6-24-14 by Dep. Clk. M. BROUSSAR. I respectfully come now with this complaint, requesting the Court to impose Sanction(s), and Injunction Relief as then I may be assured to having clear vantange, and ACCESS TO THE COURT.

Prayerfully,
[signature]

Filed 070714 USDCFln 3PM 1223

Broadnax, Michael #14-0511

BCSO
5700 STAR LANE
PANAMA CITY, FL 32404



LEGAL * CORRESPONDENCE * POSTAGE

ATTENTION
U.S. DISTRICT CRT.
NORTHERN DISTRICT OF FLORIDA
ONE NORTH PALAFOX STREET
PENSACOLA  FL.  32502
TO: SYLVIA D. WILLIAMS C/C

U.S. POSTAGE >> PITNEY BOWES
ZIP 32404  $ 000.48⁰
02 1W
0001371023 JUL 03 2014

"R.S.V.P."