UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

MICHAEL B. BROADNAX,

     Plaintiff,

v.                                                   Case No. 5:14cv95-WS-CJK

CHARLES R. KELLY - CORRECTIONAL
OFFICER, et al.,

     Defendants.

_____/

## REPORT AND RECOMMENDATION

On August 31, 2017, the undersigned entered an order (doc. 59) finding the third amended complaint sufficient to alert the defendants to the nature and bases of plaintiff's claims.  The undersigned noted plaintiff provided 8 copies of the third amended complaint.  The undersigned also noted that although plaintiff is not responsible for the costs of service, he must provide the court with a waiver form for each defendant.  The undersigned directed the clerk to prepare a Notice of a Lawsuit and Request to Waive Service of a Summons (For Use by Prisoners and Pro Se Plaintiffs Proceeding In Forma Pauperis) form for each defendant and send the forms to plaintiff.  The undersigned allowed plaintiff 21 days in which to sign and return to

the clerk the Notice of a Lawsuit and Request to Waive Service of a Summons (For Use by Prisoners and Pro Se Plaintiffs Proceeding In Forma Pauperis) forms and advised that failure to submit the waiver forms would result in a recommendation that the case be dismissed for failure to prosecute and/or failure to comply with an order of the court.

After more than 21 days passed and plaintiff had not complied, the undersigned entered an order (doc. 60) directing plaintiff to show cause within 14 days why the matter should not be dismissed for failure to prosecute and/or failure to comply with an order of the court. More than 14 days have passed and plaintiff has not responded. Accordingly, it is respectfully RECOMMENDED:

1. That this case be DISMISSED WITHOUT PREJUDICE for plaintiff's failure to prosecute and/or failure to comply with an order of the court.

2. That the Clerk be directed to close the file.

At Pensacola, Florida this 11th day of October, 2017.

/s/ *Charles J. Kahn, Jr.*

**CHARLES J. KAHN, JR.**
**UNITED STATES MAGISTRATE JUDGE**

Case No. 5:14cv95-WS-CJK

### NOTICE TO THE PARTIES

Objections to these proposed findings and recommendations may be filed within fourteen (14) days after being served a copy thereof.  **Any different deadline that may appear on the electronic docket is for the court's internal use only, and does not control.**  A copy of objections shall be served upon the magistrate judge and all other parties.  A party failing to object to a magistrate judge's findings or recommendations contained in a report and recommendation in accordance with the provisions of 28 U.S.C. § 636(b)(1) waives the right to challenge on appeal the district court's order based on unobjected-to factual and legal conclusions.  *See* U.S. Ct. of App. 11th Cir. Rule 3-1; 28 U.S.C. § 636.